| Date | Pleading Number | |
|---|---|---|
| 10/2/75 | 1 | MOTION & BRIEF -- Trans World Airlines to transfer actions under 28 U.S.C. §1407 |
| | | SUGGESTED TRANSFEREE FORUM: Southern District of New York |
| 10/6/75 | | Movants Addition of one action, Riccardo Masera, etc. v. Trans World Wirlines, Inc., et al., S.D.N.Y., C.A. No. 75 Civ. 4842 |
| 10/9/75 | | HEARING ORDER setting A-1 through A-14 for oral hearing October 29, 1975 Orlando, Florida |
| 10/9/75 | 2 | RESPONSE -- Affidavit of Granito as counsel for pltfs. Argyropoulos, Katman, Masera, Giorgi w/cert. of service |
| 10/14/75 | 3 | RESPONSE -- GILY EPSTEIN BARD, et al.,RUTH ANN REED, ET AL., L'ESPERANCE ET AL. w/cert. of service |
| 10/14/75 | 4 | RESPONSE -- THEODORE PALLAS w/cert. of service |
| 10/14/75 | | APPEARANCES -- John J. Martin, Esq., TWA and Chrles C. Tillinghast, Jr., F.C. Wiser, Jr., Richard E. Neuman and J. H. Steele; Keith Gerrard, Esq., for the Beoing Co., Ernest B. Lageson, Esq., for United Technologies Corp., Theodore Pallas, ~~XXXXXXXXXXXX~~ Hermann J. Galley, Estate of Tej Shah, etc., William J. Keller, Arum P. Katzman, et al., Argyropoulas, et al, Girogi, et al Masera, Charles F. Krause, Esq., Lee G. Benedict, etc., Seymour L. Ellison, Esq., |
| 10/16/75 | 5 | RESPONSE -- BOEING CO. w/cert. of service |
| 10/17/75 | | CORRECTION TO HEARING ORDER -- ~~to correct A-~~ -5 Civil Action No. to read 4537 |
| 10/17/75 | 6 | AFFIDAVIT -- on Behalf of SHAH plaintiffs |
| 10/21/75 | 7 | AFFIDAVIT -- on Behalf of ALICE AND JEFFREY BENEDICT |
| 1/26/76 | | CONSENT OF TRANSFEREE COURT -- for Judge Marvin E. Frankel to handle litigation in the S.D. N.Y. under Section 1407 |
| 1/26/76 | | ORDER -- Transferring A-1 through A-14 to the Southern District of New York under 28 U.S.C. §1407 forassingnemt to Judge Frankel |
| 2/11/76 | | Billy Wallace, etc. v. Trans World Airlines, Inc., et al., E.D. California, C.A. No. S-75-496-TJM |
| | | Paul G. Yerondopoulos v. TWA, N.D. Calif., C-75-2090-SW |
| | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- Notified counsel, involved judgesd. |
| 2/26/76 | | WALLACE, ETC. V. TWA, E.D.CAL, S-75-496-TJM |
| | | YERONDOPOULOS V. T.W.A., N.D. Calif., C-75-2090-SW |
| | | CTOs final today. Notified transferee clerk, judge, involved clerks and judges |
| 10/14/76 | | B-3 KARAS, ETC. V. TRANS WORLD AIRLINES, E.D.CAL, F-76=164 |
| | | CTO filed today. Notified counsel, involved judges/ |
| 11/1/76 | | B-3 KARAS, ETC. V. TWA, E.D.CAL, F-76-164 |
| | | CTO final today. Notified clerks, involve judges |
| 3/28/77 | 8 | B-2 Billy Wallace, etc. v. Trans World Airlines, Inc., et al., S.D.New York, C.A. No. 76 CV 1104 |
| | | Motion, Brief, Affidavit of Stephen A. Smith, Certificate of Service asking for remand to the E.D.of Calif. or transfer to the N.D. Calif. of the claims against Boeing. |
| 4/12/77 | 9 | RESPONSE IN OPPOSITION TO MOTION BY PLAINTIFF WALLACE TO REMAND -- Defendant The Boeing Company w/cert. of service. |
| 6/1/77 | | HEARING ORDER -- Setting B-2 motion for remand -- for hearing -- June 24, 1977, Washington, D.C. |
| 6/23/77 | | WAIVER OF ORAL ARGUMENT 6/24/77 Hearing -- Billy Wallace |

| Date | Pleading Number | |
|------|---|---|
| 6/24/77 | | WAIVER OF ORAL ARGUMETN FOR 6/24/77 hearing -- Boeing Co. |
| 9/22/77 | | B-2 Billy Wallace, etc. v. Trans World Airlines, Inc., et al., S.D.N.Y., C.A.# 76-CV-1104 |
| 10/31/78 | | OPINION AND ORDER DENYING MOTION FOR REMAND filed today. ORDER -- REASSIGNING LITIGATION TO THE HONORABLE KEVIN THOMAS DUFFY under 28 U.S.C. §1407                                    (rew) |
| 12/18/78 | | APPEARANCE -- Alfred R. Naphan, Esq. for pltf. Billy Wallace (B-1 |

TRANSFER ORDER, Jan. 26, Case MDL No. 229 Document 1 Filed 05/01/15 Page 3 of 9 F. Supp. 932
DOCKET NO. 229 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9/25/81

## Description of Litigation

MDL DOCKET NO. 229 -- IN RE AIR CRASH DISASTER IN THE IONIAN SEA ON SEPTEMBER 8, 1974

### Summary of Panel Action

Date(s) of Hearing(s) 10/29/75
Date(s) of Opinion(s) or Order(s) 1/26/76  9/22/77
Consolidation Ordered  xx           Name of Transferee Judge  ~~MARVIN E. FRANKEL~~ KEVIN THOMAS DUFFY
Consolidation Denied  ____          Transferee District   SOUTHERN DISTRICT OF NEW YORK    M21-16

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Theodore Pallas, etc., et al. v. Trans World Airways, Inc., et al. | S.D.N.Y. (MEF) | 75 Civ 209 | | | 9/25/81 D | |
| A-2 | Estate of Tej Shah, etc., et al. v. Trans World Airlines, Inc | E.D.Pa. (CCN) | 75-149 | 1/26/76 | 76CV819 | 11/9/79 D | |
| A-3 | Ruth Ann Reed, Adm., et al. v. Forwood Cloud Wiser, Jr., et al. | S.D.N.Y. (MEF) | 75 Civ. 4015 | | | 8/8/79 D | |
| A-4 | Gily Epstein Bard, et al. v. Trans World Airlines, Inc. | S.D.N.Y. (~~MEL~~)MEF | 75 Civ. 3136 | | | 8/8/79 D | |
| A-5 | Avrum Peter Katzman, etc., et al. v. Trans World Airlines, Inc., et al. | S.D.N.Y. (MEL) | 75 Civ. ~~4435~~ 4537 | | | 9/10/79 D | |
| A-6 | George Argyropoulos, et al. v. Trans World Airlines, Inc., et al. | S.D.N.Y. (EW) | 75 Civ. 4561 | | | 11/9/79 | |
| A-7 | Ann P. Giorgi, etc. v. Trans World Airlines, Inc., et al. | S.D.N.Y. (HFW) | 75 Civ. 4586 | | | 9/12/79 D | |
| A-8 | Pete Gus Chakalakis, etc. v. Trans World Airlines, Inc. | D. Md. | HM-75-1262 | 1/26/76 | 76CV821 | 11/9/79 D | |
| A-9 | Florentia Chakalakis, Adm. v. Trans World Airlines, Inc. | D. Md. | HM-75-1263 | 1/26/76 | 76CV822 | Remand | |
| A-10 | Hermant Shah, Adm. v. Trans World Airlines, Inc. | E.D.Pa. (CCN) | 75-2408 | 1/26/76 | 76CV820 | 11/9/79 D | |

3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Lee H. Benedict, etc. v. Trans World Airlines, Inc., et al. | N.D.Cal | C75-1802-AJZ | 1/26/76 | 76CV823 | 9/25/81 D | |
| A-12 | Louise L'Esperance, etc. v. Trans World Airlines, Inc. | S.D.N.Y. (CHT) | 75 Civ. 4383 | | | 11/9/79 D | |
| A-13 | Louise L'Esperance, etc. v. Forwood Cloud Wiser, Jr., et al. | S.D.N.Y. (~~IBW~~) MEF | 75 Civ. 4384 | | | 11/9/79 D | |
| A-14 | Riccardo Masera, etc. v. Trans World Airlines, Inc., et al. | S.D.N.Y. (CBM) | 75 Civ. 4842 | | | 7/8/80 D | |
| B-1 | ~~Paul G. Yerondopoulos~~ or v. Trans World Airlines, Inc. 2-11-76 | N.D.Cal | C-75-2090-SW | 2/26/76 | 76CV1105 | 9/A 80 | |
| B-2 | Billy Wallace, etc. v. Trans World Airlines, Inc., et al. 2-11-76 | E.D. Cal | S-75-496-TJM | 2/26/76 | 76CV1104 | 2/5/80 D | |
| XYZ-1 | Elisheva Lowe, etc. v. Trans World Airlines, Inc., et al. | ~~S.D.N.Y.~~ **DO NOT COUNT** | 75 Civ. 790 | | | Remanded to St Ct 6/23/75 | |
| XYZ-2 | Fidelity Union Trust Co., et al. v. Charles C. Tillinghast, Jr., et al. | S.D.N.Y. | 75 Civ. 5421 | | | 7/31/79 | |
| XYZ-3 | Fidelity Union Trust Co., et al. v, Trans World Airlines, Inc. | S.D.N.Y. | 75 Civ. 5422 | | | 7/31/79 | |
| B-3 | James Karas, etc. v. Trans World Airlines, Inc., et al. 10/15/76 | E.D.Calif Crocker | F-76-164 | 11/1/76 | 76 Civ 5103 | 11/9/79 D | |

DOCKET NO. 229 -- IN RE AIR CRASH DISASTER IN THE IONIAN SEA ON SEPTEMBER 8, 1974 -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-4 | Sotirios Louis Karras v. TWA, et al. | S.D.N.Y. | 76-90 | | | 11/9/79 D | |
| XYZ-5 | Ampilio Magnoni, etc. v. TWA, et al. | S.D.N.Y. | 76-1825 | | | 7/08/80 D | |
| XYZ-6 | Papakonstantinou, Marcous K, etc. v TWA, Inc., et al. | S.D.N.Y. | 76-3367 | | | 9/25/81 D | |
| XYZ-7 | Michael Abraham Aivazoglou, etc. v. TWA, Inc., et al. | S.D.N.Y | 76-3368 | | | 6/24/80 D | |
| XYZ-8 | Ruth Breiner in Rosenwasser, etc. v. TWA, Inc., et al. | S.D.N.Y. | 76-3369 | | | 9/25/81 D | |
| XYZ-9 | Frederico Hermano Scopinich, etc. v. TWA, Inc., et al. | S.D.N.Y. | 76-3370 | | | 9/25/81 D | |
| XYZ-10 | Theodore Pallas, etc, et al. v. Charles C. Tillinghast, Jr., et al. | S.D.N.Y. | 76-3371 | | | 11/26/80 | |
| XYZ-11 | Gily Epstein Bard, etc., et al. v. Charles C. Tillinghast, Jr., et al. | S.D.N.Y. | 76-4717 | | | 11/9/79 D | |
| XYZ-12 | Hemant Shah, etc. v. Charles C. Tillinghast, Jr., et al. | S.D.N.Y. | 76-3920 | | | 6/4/80 | |
| XYZ-13 | Ruth Ann Reed, et al. v. Charles C. Tillinghast, Jr., et al. | S.D.N.Y | 76-3930 | | | 8/8/79 D | |
| XYZ-14 | Thomas J. Egan v. TWA, et al. | S.D.N.Y | 76-3960 | | | 11/9/79 | |
| XYZ-15 | Thomas J. Egan v. Boeing | S.D.N.Y. | 76-4368 | | | 11/15/77 | |

DOCKET NO. _____ -- _____  -- P. _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ~~XYZ-16~~ | Paul G. Yerondopoulos v. TWA | ~~S.D.N.Y.~~ | 76 Civ 1105 | | | | |
| XYZ-17 | Fidelity Union Trust Co., et al. v. Forwood Cloud Wiser, Jr., et al. | S.D.N.Y. | 76 Civ 4308 | | | 11/9/79 D | |

July 1979 — 8 TR / 24 XYZ / 1 Dis / 31 Pdg

| ~~XYZ-18~~ | ~~Frederico Hermano Scopinich v. TWA~~ | ~~S.D.N.Y.~~ | ~~77 Civ 337~~ | | | | see XYZ-9 |

July 1980 — 8 TR / 24 XYZ / 19 Dis / 13 Pdg.
July 1981 — Same
July 1982 — Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 229 -- IN RE AIR CRASH DISASTER IN THE IONIAN SEA ON SEPTEMBER 8, 1974

| x~~Plaintiffs~~x | x~~Defendants~~x |
|---|---|
| TRANS WORLD AIRLINES, INC.<br>CHARLES C. TILLINGHAST, JR.<br>F. C. WISER, JR.<br>RICHARD E. NEUMAN<br>J. H. STEELE<br>John J. Martin, Esquire<br>Bigham, Englar, Jones & Houston<br>14 Wall Street<br>New York, New York 10005 | ARUM P. KATZMAN, ET AL. (A-5)<br>GEORGE ARGYROPOULAS, ET AL. (A-6)<br>ANN P. GIROGI, ET AL. (A-7)<br>RICCARDO MASERA (A-14)<br>Charles F. Krause, Esquire<br>Speiser & Krause, P.C.<br>200 Park Avenue<br>New York, New York 10017 |
| THE BOEING CO.<br>Kith Ger<br>Perkins, Coie, Stone,<br>Olsen & Williams<br>1900 Washington Building<br>Seattle, Washington 98101 | PETER CHAKALAKIS (A-8)<br>FLORENTIA CHAKALAKIS (A-9)<br>Jack H. Olender, Esquire<br>1725 K Street, N.W., Suite 803<br>Washington, D. C. 20036 |
| UNITED TECHNOLOGIES CORP.<br>Ernest B. Lageson, Esquire<br>Bronson, Bronson & McKinnon<br>555 California Street<br>San Francisco, California 94104 | LEE G. BENEDICT, ETC. (A-11)<br>Seymour L. Ellison, Esquire<br>1005-1045 Sansome Street<br>San Francisco, California 94111 |
| THEODORE PALLAS, ET AL. (A-1)<br>Hermann J. Galley, Esquire<br>F. Lee Bailey & Aaron J. Broder<br>350 Fifth Avenue<br>New York, New York 10001 | |
| ESTATE OF TEJ SHAH, ETC. (A-2)<br>ESTATE OF SAROJBEN SHAH, ETC. (A-10)<br>William L. Keller, Esquire<br>121 South Broad Street<br>Fifth Floor<br>Philadelphia, Pa. 19107 | BILLY WALLACE (B-2)<br>Alfred R. Naphan, Esquire<br>Naphan, Glassford & Sykes<br>169 14th Street<br>Oakland, California 94612 |
| RUTH ANN REED, ET AL. (A-3)<br>GILLY EPSTEIN BARD, ET (A-4)<br>LOUISE L'ESPERENCE (A-12, A-13)<br>Stanley J. Levy, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016 | PAUL G. YERONDOPOULOS (B-1)<br>Ruocco & Saucedo<br>Japan Calif. Bank Bldg.<br>Suite 210<br>112 Almaden Boulevard<br>San Jose, Calif. 95113<br>THE BOEING COMPANY<br>John K. Weir, Esquire<br>Haight, Gardner, Poor & Havens<br>One State Street Plaza<br>New York, N.Y. 10004 |

p. _____

| ~~Plaintiff~~ | Defendant |
|---|---|
| B-3 JAMES KRAAS<br>   Gerald V. Barron, III, Esquire<br>   Hoge, Fenton, Jones & Appel<br>   1321 Monterey Salinas Highway<br>   Monterey, California  93940<br><br>THOMAS J. EGAN, ETC.<br>Geoghan Tutrone & Grossman<br>747 Third Avenue<br>New York, New York  10017 | |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 229 -- IN RE AIR CRASH DISASTER IN THE IONIAN SEA ON SEPTEMBER 8, 1974
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| TRANS WORLD AIRLINES | A-1 A-2 A-3 A-4 A-5 A-6 A-10 A-9 A-10 A-11 A-12 A-14 B-1 B-2 |
| THE BOEING CO. | A-1 A-11 B-2 |
| 707 DIV. OF BOEING CO. | A-1 |
| FORWOOD CLOUD WISER, JR. | A-3 A-13 |
| RICHARD E. NEUMAN | A-3 A-13 |
| CHARLES C. TILLINGHAST JR. | A-5 A-6 A-7 A-14 |
| J. H. STEELE | A-5 A-6 A-7 A-14 |
| United Technologies | B-2 |